In the Matter of ALEXANDER SPITZER, an Attorney.— Motion

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Tilzer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. JOSE VICTOR PAGAN.—

Concur — McGivern, J. P., Markewich, Kupferman, McNally and Steuer, JJ.

## (March 16, 1971)

NAOMI B. MARKOWITZ, Individually and as Administratrix of the Estate of RUBIN MARKOWITZ, Deceased, et al., Respondents, v. IRVING FEIN, as Committee of the Estate of MARK FEIN, Respondent, and WILLIAM TISHMAN, Appellant.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Kupferman, JJ.

FRANK BUGDIN et al., Respondents-Appellants, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent-Appellant. L. I. WALDMAN & Co., Inc., et al., Appellants-Respondents.—

Concur —Stevens, P. J., Capozzoli, McGivern, Nunez and McNally, JJ.